IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

RHODA R. WATKINS,
    Plaintiff,

v.                                             CIVIL ACTION NO. 3:07-CV-77

MICHAEL J. ASTRUE,
COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,
    Defendant.

ORDER

Upon consideration of Plaintiff's Motion to Dismiss, it is hereby ORDERED that this action is dismissed without prejudice.

The Clerk shall send a copy of this Order to all parties.

DONE this 21st day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE